William W. OATES, Petitioner,

v.

MERIT SYSTEMS PROTECTION
BOARD, Respondent.

No. 03–3109.

United States Court of Appeals,
Federal Circuit.

DECIDED: May 16, 2003.

## ORDER

The petitioner having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

Dwyn L. DUPREE, Claimaint–
Appellant,

v.

Anthony J. PRINCIPI, Secretary of
Veterans Affairs, Respondent–
Appellee.

No. 03–7086.

United States Court of Appeals,
Federal Circuit.

DECIDED: May 16, 2003.

## *ORDER*

Upon consideration of Dwyn L. Dupree;s unopposed motion to dismiss 03–7086,

IT IS ORDERED THAT:

(1) The unopposed motion to dismiss is granted.

(2) Each side shall bear its own costs.